MARGARET MAYO v. THOMAS HEALY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

UNITED BAKER WORKERS' UNION, INC., v. LOUIS MESSING, Individually, and as Treasurer, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE CITY OF NEW YORK v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Petition of THEODORUS BAILEY for an Order Requiring ROBBINS S. RUTHERFORD, an Attorney, to Return Certain Moneys.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LEE ARNOLD, an Infant, etc., v. CHARLES F. GRIES.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

OSCAR L. RICHARD and Others v. CREDIT SUISSE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ELIZABETH H. STANTON v. A. B. LEACH & CO., INC., and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted so far as to stay all proceedings for the enforcement of judgment sought to be appealed from until the granting or final refusal of such leave to appeal by the Court of Appeals, upon proof of filing the undertaking required by section 593 of the Civil Practice Act. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CLAREMONT LABORATORIES, INC., v. F. W. KRAEMER and Others, Impleaded, etc.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of THE UNITED STATES HAT COMPANY and LOUIS M. COHN and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

NELLIE ASCHER v. LEON ASCHER.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MURRAY LEWIS and Others v. SAMUEL SILVER.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of WILLIAM J. SIMPSON and Others, as Executors, etc. (Whitlock Avenue School Site, Bronx).— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of THE BRONX LEGAL ASSISTANCE SOCIETY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH BERLIN v. FLOSSIE BERLIN.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of ISIDOR AUERBACH, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.